UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

FILED

OCT - 5 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO.  5:12-00198
                                         21 U.S.C. § 843(a)(3)

GABRIELLA BROWN

I N F O R M A T I O N

The United States Attorney Charges:

On or about August 17, 2012, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant GABRIELLA BROWN knowingly and intentionally acquired and obtained possession of a quantity of oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
    STEVEN I. LOEW
    Assistant United States Attorney